# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 18, 2020

| No. 20-8032 | IN RE: CLEARVIEW AI, INC, Petitioner |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:20-cv-03843  Northern District of Illinois, Eastern Division  District Judge Sharon Johnson Coleman ||

The following are before the court:

1. **PETITION FOR PERMISSION TO APPEAL**, filed on November 2, 2020, by counsel for the petitioner.

2. **ANSWER IN OPPOSITION TO PETITION FOR PERMISSION TO APPEAL**, filed on November 12, 2020, by counsel for the respondents.

3. **REPLY IN SUPPORT OF PETITION FOR PERMISSION TO APPEAL**, filed on November 17, 2020, by counsel for the petitioner.

**IT IS ORDERED** that the petition for permission to appeal is **GRANTED**. The petitioner immediately shall pay the required docket fees to the clerk of the district court. Fed. R. App. P. 5(d)(1). Once the district court notifies this court that the fees have been paid, the appeal will be entered on this court's general docket. Expedited briefing in that appeal will proceed as follows:

1. The brief and required short appendix of the appellant are due by December 9, 2020.

2. The brief of the appellees is due by December 23, 2020.

No. 20-8032 Page 2

3. The reply brief of the appellant, if any, is due by December 30, 2020.

No extensions of time will be granted.

Oral argument in this matter will be set during the week of January 4 and will be set by separate court order.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals are scheduled after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your appeal might be scheduled, please write the clerk advising him of the time period and the reason for your unavailability. The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once an appeal has been scheduled for oral argument, it is very difficult to have the date changed. See Cir. R. 34(e).

form name: **c7_Order_3J**(form ID: **177**)